```
 1  SANDRA R. BROWN
    Acting United States Attorney
 2  PATRICK R. FITZGERALD
    Assistant United States Attorney
 3  Chief, National Security Division
    MARK TAKLA (Cal. Bar No. 218111)
 4  Assistant United States Attorney
    Terrorism and Export Crimes Section
 5       United States Attorney's Office
         411 W. 4th Street, Suite 8000
 6       Santa Ana, California 92701
         Telephone: (714) 338-3591
 7       Facsimile: (714) 338-3561
         Email: mark.takla@usdoj.gov
 8
    Attorneys for Applicant
 9  UNITED STATES OF AMERICA
```



UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | No. SA17-CR-85 |
|---|---|
| Plaintiff, | GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING INDICTMENT AND RELATED DOCUMENTS; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF MARK TAKLA |
| v. | |
| RAHSEED AL JIJAKLI, | |
| Defendant. | (UNDER SEAL) |

The government applies *ex parte* for an order directing that the indictment, arrest warrant, and any related pleadings in the above-titled case, as well as this *ex parte* application, the memorandum of points and authorities, the declaration of Mark Takla, and this Court's sealing order, be kept under seal until the defendant has been taken into custody on the indictment or the government moves to unseal the indictment, whichever occurs first.

1 | This ex parte application is made pursuant to Federal Rule of
2 | Criminal Procedure 6(e)(4) and is based on the attached declaration
3 | of Mark Takla.

Dated: July 14, 2017

Respectfully submitted,

SANDRA R. BROWN
Acting United States Attorney

PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division

*/s/ Mark Takla*

MARK TAKLA
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## DECLARATION OF MARK TAKLA

I, Mark Takla, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. Rasheed Al Jijakli, the indictment of which is being presented to a federal grand jury in the Central District of California on July 19, 2017.

2. The defendant charged in the above-captioned indictment has not been taken into custody on the charge contained in the indictment and has not been informed that he is being named as a defendant in the indictment. The likelihood of apprehending the defendant, as well as the safety of arresting officers, might be jeopardized if the indictment in this case were made publicly available before the defendant is taken into custody on the indictment.

3. Accordingly, the government requests that the indictment and related pleadings (but not the arrest warrant) be sealed until the defendant is taken into custody on the charges contained in the indictment and the government either notifies the clerk's office in writing of that fact or moves to unseal the indictment, whichever occurs first.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: July 14, 2017

*/s/ Mark Takla*
MARK TAKLA