Katherine Corrigan, CA. SBN 132226
CORRIGAN WELBOURN & STOKKE
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com
Attorney for Defendant RASHEED AL JIJAKLI

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR 17-00085-JVS |
| Plaintiff, | [PROPOSED] ORDER MODIFYING DEFENDANT'S RELEASE CONDITIONS |
| vs. | |
| RASHEED AL JIJAKLI, | |
| Defendant | |

**GOOD CAUSE APPEARING,**

**IT IS HEREBY ORDERED** that stipulate that:

1. The Defendant's pretrial release conditions be modified as follows:

    a. The requirement that Defendant "maintain or actively seek employment and provide proof to Supervising Agency" be deleted.

    b. All other conditions of pretrial release are to remain in place.

**DATED:** May 29, 2018

_____
**HONORABLE JAMES V. SELNA**
**UNITED STATES DISTRICT JUDGE**